La Crosse Brown Harvester Company, Respondent, vs. Storey, Appellant.

*May 13—June 19, 1902.*

*La Crosse Brown H. Co. v. Goddard, ante,* p. 610, followed.

Appeal from an order of the circuit court for La Crosse county: J. J. Fruit, Circuit Judge. *Affirmed.*

For the appellant there was a brief by *Morris & Hartwell,* and oral argument by *Thomas Morris.*

For the respondent there was a brief by *C. W. Graves* and *E. C. Higbee,* and oral argument by *Mr. Graves.*

CASSODAY, C. J. This is an appeal from an order overruling a demurrer to the complaint in an action to recover $600 as the balance due upon the first, second, and third assessments on twenty shares of the capital stock, of $100 each, subscribed by the defendant in the plaintiff corporation, and that no part of such assessments had been paid, except $100. The facts alleged are substantially the same as in the case of *La Crosse Brown H. Co. v. Goddard, ante,* p. 610, 91 N. W. 225, in which an opinion is filed herewith, except the amount, and as to the first assessment. For the reasons given in the opinion filed in that case, we think the demurrer was properly overruled.

*By the Court.*—The order of the circuit court is affirmed.